**PHILLIPS & BATHKE, P.C**
——— ATTORNEYS ———

August 15, 2024

Hon. Kenneth M. Karas                         **via submission on ECF**
United States Courthouse
300 Quarropas Street
Chamber 533
White Plains, New York 10601

> Re:  Agreed Letter Motion to Adjourn Sept. 17 hearing
>      *Shaffer v. Kavarnos*
>      Case No. 23-cv-10059

Dear Judge Karas:

I write requesting an adjournment of the upcoming September 17, 2024 hearing and continuing scheduling deadlines. The parties recently met with Magistrate Judge Andrew E. Krause and have agreed to participate in a settlement conference, tentatively scheduled for September 17, 2024 at 9:30 a.m. EST. *See* Minute Entry (Aug. 8, 2024).

This adjournment is not requested for unnecessary delay or to needlessly increase expenses of trial. Attorney Matri, counsel for Defendant, and I agree that an adjournment to facilitate potential settlement is a judicious use of the parties' and Court's resources.

Sincerely,
**PHILLIPS & BATHKE, P.C.**, by
/jlap/
Jonathan LA Phillips

cc:   M. Matri (by ECF Notice)

*Handwritten:* Granted. The Court will hold a pre-motion conf. via telephone on October 17, 2024 at 10:00 AM

SO ORDERED: [signed] 8/16/24
HON. KENNETH M. KARAS U.S.D.J.

☎ +1 309 643 6518  |  jlap@pb-iplaw.com  |  pb-iplaw.com
📍 4541 North Prospect Road, Suite 300A, Peoria Heights, Illinois 61616 USA