**Phillips & Bathke, P.C**
ATTORNEYS

**Jonathan L.A. Phillips**
jlap@pb-iplaw.com
309 834 2296
Shareholder

June 27, 2025

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
Courtroom 521
White Plains, New York 10601-4150
by ECF

      Re:    Letter Withdrawing Jury Demand and Requesting Bench Trial
              *Shaffer v. Kavarnos*
              Case No. 23-cv-10059(KMK)

Dear Judge Karas:

This matter should be set for a bench trial on July 7, 2025. A jury trial is no longer required.

Plaintiff demanded a jury trial. ECF Doc. 1. Defendant did not. ECF Doc. 13.

Plaintiff, by this letter, withdraws her jury demand and waives a jury trial. This comports with Defendant's statement, in the Joint Proposed Pretrial Order that, "Defendant objects to a jury trial as an unnecessary inconvenience and inefficient use of judicial resources." ECF Doc. 48.

                              Sincerely,
                   **Phillips & Bathke, P.C.**, by

                                 /jlap/

                            Jonathan Phillips

**Peoria**
300 Northeast Perry
Peoria, Illinois 61603
309 834 2296

**Chicago**
53 West Jackson Boulevard
Suite 1126
Chicago, Illinois 60604
708 967 5293