UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER SHAFFER,<br><br>                              *Plaintiff*,<br><br>    v.<br><br>CAROLYN KAVARNOS,<br><br>                             *Defendant*. | No. 23-CV-10059 (KMK)<br><br><u>ORDER</u> |

KENNETH M. KARAS, United States District Judge:

      In light of the fact that this Action is no longer to be tried by a jury, the Court cancels the final pre-trial conference scheduled for July 1, 2025, at 2:00 PM. The Court denies Plaintiff's first motion in limine, (Dkt. No. 52), and grants Plaintiff's second motion in limine, (Dkt. No. 53), for reasons it will explain prior to trial. The Parties are directed to submit a joint Proposed Findings of Fact and Conclusions of Law by close of business on July 3, 2025.

      The bench trial will begin on Monday, July 7, 2025, at 10:00 AM in Courtroom 521, 300 Quarropas Street, White Plains, NY 10601.

SO ORDERED.

Dated:   June 30, 2025
           White Plains, New York

                                                          KENNETH M. KARAS
                                                          United States District Judge