**McCann & Matri, LLC**
Counselors at Law
238 Main Street
P.O. Box 399
Ridgefield Park, NJ 07660
Est. 1945

Mark T. Matri, Esq. ♦ ◊ +
Edmund V. McCann, Esq. (1945-2023)
John F. McCann (1913-1973)

Tel: (201) 440-4880
Fax: (201) 440-6392

---

♦ New Jersey    ◊ New York    + Florida

July 10, 2025

**VIA ECF Filing:**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant, Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

      **Re:**    **Shaffer v. Kavarnos**
      **Docket No.: 7:23-cv-10059-KMK**
      **Letter Motion for Extension of Time to Submit Post Trial Memorandum**

Dear Judge Karas:

    I write to request an extension of time to file post-trial memorandum in the above-referenced matter. At the close of trial on July 7th, Your Honor gave the parties until Friday, July 11th, to submit post trial memorandum of law.

    In an inconvenient matter of timing, I must submit to a random trust account records audit tomorrow, July 11th, by the New Jersey State Bar. I cannot postpone as I already sought an accommodation to attend trial in this matter on July 7th. The simultaneous obligations are in conflict and more time is needed to thoroughly present Defendant's final arguments.

    Plaintiff's counsel, Jonathan LA Phillips, Esq. refused consent fearing Your Honor wanted to consider the submissions over the weekend and hold argument early next week. Despite Mr. Phillips objection, the circumstances warrant a short extension until Monday, July 14th, for the parties to submit their post-trial memorandum.

    With no previous extensions of this deadline. I respectfully request an extension until Monday, July 14th, for the parties to submit their post-trial memorandum. Thank you for considering this matter.

Granted.
So Ordered.
*[signature]*
7/11/25

Respectfully,
*/s/ Mark Matri*
Mark T. Matri, Esq.
238 Main Street
PO Box 399
Ridgefield Park, NJ 07660
Tel: (201) 440-4881
mtmatri@gmail.com

CC: Jonathan LA Phillips, Esq.