**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HEATHER SHAFFER,

                Plaintiff,

-against-                            23 **CIVIL** 10059 (KMK)

**JUDGMENT**

CAROLYN KAVARNOS,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Opinion dated August 7, 2025, Plaintiff's claims are dismissed; accordingly, the case is closed.

**Dated:** New York, New York

     August 8, 2025

                                                   **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                      **BY:**          *K. Mango*

                                                   **Deputy Clerk**